# In the United States Court of Federal Claims
**OFFICE OF SPECIAL MASTERS**
**No. 19-1494V**
**Filed: January 11, 2021**
UNPUBLISHED

|  |  |
|---|---|
| HANNAH YORGY,<br><br>                    Petitioner,<br>v.<br><br>SECRETARY OF HEALTH AND<br>HUMAN SERVICES,<br><br>                    Respondent. | Special Master Horner<br><br><br>Order Concluding Proceedings;<br>Vaccine Rule 21(a) |

*Matthew L. Owens, Law Offices of Matthew L. Owens, Harrisburg, PA, for petitioner.*
*Voris Edward Johnson, U.S. Department of Justice, Washington, DC, for respondent.*

## ORDER CONCLUDING PROCEEDINGS[1]

On January 11, 2021, the parties filed a Joint Stipulation of Dismissal, stating that "[t]he parties hereby stipulate pursuant to Vaccine Rule 21(a) that this action shall be dismissed."  (ECF No. 46.)

Accordingly, pursuant to Vaccine Rule 21(a), this case is hereby **dismissed without prejudice**.  The Clerk of the Court is hereby instructed that a **judgment shall not enter** in the instant case pursuant to Vaccine Rule 21(a).

**IT IS SO ORDERED.**

>                     **s/Daniel T. Horner**
>                     Daniel T. Horner
>                     Special Master

---

[1] Because this decision contains a reasoned explanation for the special master's action in this case, it will be posted on the United States Court of Federal Claims' website in accordance with the E-Government Act of 2002. *See* 44 U.S.C. § 3501 note (2012) (Federal Management and Promotion of Electronic Government Services).  **This means the decision will be available to anyone with access to the Internet.**  In accordance with Vaccine Rule 18(b), petitioner has 14 days to identify and move to redact medical or other information the disclosure of which would constitute an unwarranted invasion of privacy. If the special master, upon review, agrees that the identified material fits within this definition, it will be redacted from public access.